UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHKAN ALGHASI,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>      Defendant. | Case No. C15-221 MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his application for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 20. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The Court notes that, among other instructions, the parties' stipulation provides, "The ALJ will be instructed to discuss each medical opinion and indicate what weight is given to that opinion and provide specific reasons for rejecting the opinion of the claimant's treating physician." Dkt. 20 at 1–2. The Court finds this language vague and thus recommends the revised language below. On remand, the Administrative Law Judge (ALJ) shall:

  1)  Reassess each of Plaintiff's impairments;

REPORT AND RECOMMENDATION - 1

2) Re-evaluate the medical opinion evidence of record with particular attention given to the rationale provided to support the ALJ's findings;

3) Discuss each medical opinion and indicate what weight is given to that opinion;

4) In rejecting any medical opinion, the ALJ shall provide valid reasons for doing so; and

5) Re-evaluate Plaintiff's credibility, giving specific reasons or examples addressing the credibility as required by 20 C.F.R. 416.929(c)(2) and SSR 96-7P.

The parties further stipulate that Plaintiff is eligible for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq., upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 21st day of December, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2